1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Orlando Garcia**,

        Plaintiff,

v.

**Burgstrom/Vilhauer Rentals LLC,**
a California Limited Liability
Company;
**Critina Abonce;**
**Carlos Abonce**

        Defendants.

Case: No.4:22-CV-02187-HSG

**ORDER GRANTING JOINT
STIPULATION TO EXTEND SITE
INSPECTION DEADLINE**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall
   be extended to and including August 29, 2022.
2. All other dates that are calculated based on the inspection date
   are adjusted accordingly.

IT IS SO ORDERED.

Dated:  7/25/2022

_Haywood S. Gill Jr._
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

1