UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**,<br><br>    Plaintiff,<br><br>v.<br><br>**Burgstrom/Vilhauer Rentals LLC,** a California Limited Liability Company;<br>**Critina Abonce;**<br>**Carlos Abonce**<br><br>    Defendants. | Case: No.4:22-CV-02187-HSG<br><br>[proposed] **ORDER GRANTING JOINT SECOND STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including September 15, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated:  8/30/2022

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE